IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MANUEL PAUL BLACKMON,

    Petitioner,

v.                                                           CIV 16-0006 RB/KBM
                                                            CR 12-2006 RB-15

R.J. SMITH, Warden,
UNITED STATES OF AMERICA,

    Respondents.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on August 16, 2016 *(Doc. 25, 720)*. The proposed findings notify Blackmon of his ability to file objections and that failure to do so waives appellate review. Blackmon's objections were due on September 2, 2016. To-date, Blackmon has not filed any objections, and there is nothing in the record indicating that the proposed findings were not delivered to him.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 25, 720)* is ADOPTED;

2. Respondent's Supplemental Motion to Dismiss (*Doc. 24, 700*) is GRANTED;

3. All other pending motions (*Docs.13, 18, 20, 21, 690, and 691*) are DENIED as moot; and,

4. This action is dismissed with prejudice for lack of jurisdiction, and a final order will be entered concurrently herewith.

_____
UNITED STATES DISTRICT JUDGE